UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

JORIE WIMBISH                    :
                                 :
    PLAINTIFF,                   :
                                 :  Civ. Action No. 15-1429 (EGS)
v.                               :
                                 :
DISTRICT OF COLUMBIA,     :
                                 :
    DEFENDANT.                   :
_____:

JOINT NOTICE OF SETTLEMENT TERMS

    COMES NOW, the Parties, by and through undersigned counsel, to respectfully represent unto this honorable Court as follows:

    The Parties have reached a settlement agreement resolving this case. The Parties will file a Joint Stipulation of Dismissal with prejudice once payment is complete.

    Respectfully Submitted,

*/s/ Carolyn W. Houck, Esq.*
Carolyn W. Houck 459746
Attorney at Law
P.O. Box 252
St. Michaels, MD 21663
Cwhouck1@gmail.com
COUNSEL FOR PLAINTIFF

KARL A. RACINE
Attorney General for the
District of Columbia

CHAD COPELAND
Acting Deputy Attorney General
Civil Litigation Division

/s/ *Glenn T. Marrow*
GLENN T. MARROW [252713]
Section Chief, Section II
Civil Litigation Division

*/s/ Tasha Hardy*
TASHA HARDY [974511]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6th Floor-North
Washington, D.C. 20001
(202) 724-7794 (phone)
(202) 741-8953 (facsimile)
E-mail: tasha.hardy@dc.gov

June 11, 2019                    ATTORNEYS FOR DEFENDANT